# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT G. SMITH, | ) | Case No. CV 12-7207 DDP (JCG) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| GANT, *et al.*, | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC"), the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Plaintiff's Objections generally reiterate the arguments made in the SAC, and lack merit for the reasons set forth in the Report and Recommendation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Accordingly, IT IS ORDERED THAT:

1.     The Report and Recommendation is approved and accepted;

2.     Judgment be entered dismissing this action with prejudice; and

3.     The Clerk serve copies of this Order and the Judgment on the parties.

DATED: _September 4, 2015_____   _____

                                   HON. DEAN D. PREGERSON
                                   UNITED STATES DISTRICT JUDGE