# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. SMITH,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GANT, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 12-7207 DDP (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 4, 2015_____   _____

　　　　　　　　　　　　　　　　HON. DEAN D. PREGERSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE